USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 8/6/2020 ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

AREUM KIM,                                      :        18-cv-7928 (ALC) (RWL)
                                                :
                              Plaintiff,         :        **SCHEDULING ORDER**
                                                :
              - against -                        :
                                                :
JERONIMO A. RODRIGUEZ,                           :
                                                :
                              Defendant.         :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A telephonic settlement conference in this matter is hereby scheduled for **October 21, 2020 at 9:30 a.m.**  The parties are instructed to review Judge Lehrburger's Individual Practices and Settlement Conference Procedures.  The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in PDF fillable format as an attachment to Judge Lehrburger's Settlement Conference Procedures) no later than October 14, 2020 at 5:00 p.m.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2020
          New York, New York