```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AREUM KIM,                                          :        18-cv-7928 (ALC) (RWL)
                                                    :
                            Plaintiff,              :        **SCHEDULING ORDER**
                                                    :
            - against -                             :
                                                    :
JERONIMO A. RODRIGUEZ,                              :
                                                    :
                            Defendant.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The settlement conference scheduled for August 13, 2020 at 9:30 a.m. is hereby cancelled in light of the Court granting the parties' request for an adjournment. As reflected in Dkt. 29, the settlement conference is now scheduled for October 21, 2020 at 9:30 a.m.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2020
       New York, New York