USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/19/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AREUM KIM,<br><br>       **Plaintiff,**<br><br>  -against-<br><br>JERONIMO A. RODRIGUEZ,<br><br>       **Defendants.** | 18-cv-07928 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated: November 19, 2020
     New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**